(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

William Sewell II

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

S.S.I. Disability, Unknown Disability
SSI Social Worker, Unknown Disability
SSI Social Worker

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

Civ. Action No. __17 - 1743__
(To be assigned by Clerk's Office)

**FILED DEC 04 2017 U.S. DISTRICT COURT DISTRICT OF DELAWARE**

## COMPLAINT
*(Pro Se Prisoner)*

Jury Demand?
☑ Yes
☐ No

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

Check one:

- [x] 42 U.S.C. § 1983 (state, county, or municipal defendants)

- [ ] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II. PLAINTIFF INFORMATION

Name (Last, First, MI): Sewell William H

Aliases:

Prisoner ID #: 00155397

Place of Detention: Sussex Correctional Institution

Institutional Address: P.O. Box 500

County, City: Sussex, Georgetown

State: De

Zip Code: 19947

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## IV.  DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:   Unknown Disability Social Worker - State of DE
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

County, City      State      Zip Code

Defendant 2:   Unknown Disability Social Worker State of DE
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

County, City      State      Zip Code

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## Defendant(s) Continued

Defendant 3: _SSJ D.sability_
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

County, City        State        Zip Code

Defendant 4: _____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

County, City        State        Zip Code

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Georgetown De (on phone) Lewis, De

Date(s) of occurrence: Nov. 16, 2015, March 4, 2016

State which of your federal constitutional or federal statutory rights have been violated:

right to due process or fair hearing decision to appeal

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

What happened to you?

I was incarcerated in Sussex Correctional Institute. I was called by the counselor on November 16, 2015 there was a hearing set up for me by telephone a teleconference about my disability claim to an unknown SSI Disability Social Worker. I did the interview answered all the questions then I never heard from the worker ever again. I later was released from prison and then I filed for Disability benefits again on March 4, 2016 I was informed by the unknown Disability Social Worker that my claim was denied. So the problem is I never recieved the denial on decision letter they never told me anything nor did they send me a letter stating

**Who did what?**

that I was denied. So I could not appeal the decision. I have been trying to get Disability for the past ten years. The unknown Social Worker at Disability on March 4, 2016 stated that I got denied and I am entitled to get all of my backpay because when the worker did the interview on Nov 16, 2015 they knew where I was at and they did not send me the letter of denial they deprived me of my constitutional rights to appeal the decision in my case they never tried to contact me again on anything denying my right to a fair hearing or to contest the decision

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

Was anyone else involved?

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Is there a grievance procedure available at your institution? ☑ Yes ☐ No

Have you filed a grievance concerning the facts relating to this complaint? ☐ Yes ☑ No
   If no, explain why not:
   Not against the prison

Is the grievance process completed? ☐ Yes ☑ No
   If no, explain why not:
   Not against prison

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

All of my back pay for the time I started this claim and 1 million dollars for the suffering and pain I've gone through the mental abuse.

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner? ☐ Yes ☑ No

    If yes, how many? _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

Dated: 11/30/17

Plaintiff's Signature: William H Sewell

Printed Name (Last, First, MI): Sewell William

Prison Identification #: 00158397

Prison Address: Sussex Correctional Institute, P.O. Box 500  
City: Georgetown  
State: DE  
Zip Code: 19947

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

US POSTAGE
FIRST-CLASS
071V00674990
19947
000014149

U.S.M.S.
X-RAY

Clerk
U.S District court Lock box 18
844 N. King Street
wilmington Del
19801